PETER C. ANDERSON, UNITED STATES TRUSTEE
JILL M. STURTEVANT, ASSISTANT UNITED STATES TRUSTEE
ALVIN MAR, TRIAL ATTORNEY SBN 151482
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-3560
(213) 894-4219  Facsimile: (213) 894-2603
Alvin.Mar@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re | NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON; DECLARATION OF SUPERVISORY PARALEGAL SPECIALIST |
|---|---|
| **SHARP FINANCIAL LLC,** Debtor(s). | |
| | CHAPTER 11 |
| | CASE NUMBER **2:16-bk-20496 RK** |

TO THE DEBTOR, DEBTOR'S ATTORNEY, CREDITORS, AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the following date and time in the indicated courtroom, the United States Trustee will move, and does hereby move the Court for an order either converting the above entitled chapter 11 case to chapter 7 or dismissing the case, for payment of quarterly fees, for judgment thereon and for such other relief as may be appropriate on the grounds set forth below.

**Hearing Date: 09/14/2016    Time: 11:30 AM    Courtroom: 1675**

**Location:  255 E. Temple Street,  Los Angeles, California 90012**

Local Bankruptcy Rule 9013-1(f) requires that any opposition or response to this motion be stated in writing, filed with the Clerk of the Court and served upon the United States Trustee at the address set forth in the upper left-hand corner of this document, upon the chapter 11 trustee and his or her attorney if a trustee has been appointed, and upon the debtor and the debtor's attorney no less than fourteen (14) days prior to the above hearing date.  The court may treat failure to file a written response to this motion within the required time period as consent to the motion.

**FILING INFORMATION**
[X] A voluntary petition under    [ ] chapter 7  [X] chapter 11 [ ] chapter 13 was filed on: **08/08/2016**

| In Re:  **SHARP FINANCIAL LLC** | | CHAPTER 11 |
|---|---|---|
| | Debtor(s) | CASE NUMBER   **2:16-bk-20496 RK** |

## FACTS

1.   [X]   To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).

2.   The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides Effective September 1, 2011 (Notices and Guides), Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:[1]

[X] Notice of Setting/Increasing Insider Compensation.

[X] Application to Employ Attorney.

[X] Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements For Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").

[X] Real Property Questionnaire(s).

[X] Sufficient evidence of closing of all pre-petition bank accounts including:
   [X] Closing bank statements; and/or
   [X] Bank Account Information in the Chapter 11 Compliance declaration.

[X] Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts (general, payroll and tax)[2] including: (1) a copy of the "debtor-in-possession" check for each account.

[X] Sufficient evidence of current insurance coverage including:
   [X] The declaration page for each policy; and/or
   [X] Insurance information in the Chapter 11 Compliance declaration.

[X] Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.

[X] A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.

[X] Financial Statement information in the Chapter 11 Compliance declaration.

[X] A projected cash flow statement for the first ninety (90) days of operation under chapter 11.

[X] A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real property is owned.

[X] A Statement of Major Issues and Timetable Report.

[X] Provide copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns at the Initial Debtor Interview.

[X] An Employee Benefit Plan Questionnaire

3.   [X] Additional facts in support of the motion include:

   **See Declaration of Supervisory Paralegal Specialist, Karen Polk, attached hereto.**

---

[1]The United States Trustee respectfully requests that the Court take judicial notice of Debtor's petition, schedules, statement of financial affairs and other documents filed therewith and any amendments thereto which are in the Court's filed, pursuant to Fed. R. Evid. 201, as made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9017. The information contained in these documents, signed under penalty of perjury by Debtor, are admissible admissions of the Debtor pursuant to Fed. R. Evid. 801(d).

[2] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the United States Trustee has granted the request in writing.

| In Re: **SHARP FINANCIAL LLC** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER   **2:16-bk-20496 RK** |

4.  [X] Attached to the declaration of legal assistant, are true and correct copies of the following documents in support of the above allegations:

Exhibit A – True and correct copy of voluntary Chapter 11 petition of Upscale Financial, LLC, case number 2:16-bk-16472-RK filed on May 17, 2016.

Exhibit B – True and correct copy of voluntary Chapter 11 petition, schedules and statement of financial affairs of Sharp Financial, LLC, case number 2:16-bk-20496-RK filed on August 8, 2016.

Exhibit C – True and correct copy of Order Dismissing Chapter 11 Case with a 180 Day Bar to Refiling Another Bankruptcy Case entered in Chapter 11 case of In re Upscale Financial, LLC on June 15, 2016.

Exhibit D – True and correct copy of Business Detail obtained from California Secretary of State's office on Upscale Financial, LLC on August 11, 2016.

Exhibit E – True and correct copy of Business Detail obtained from California Secretary of State's office on Sharp Financial, LLC on August 11, 2016.

| In Re: **SHARP FINANCIAL LLC** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER  **2:16-bk-20496 RK** |

## MEMORANDUM OF POINTS AND AUTHORITIES

- Except as provided in paragraph (2) and subsection ( C ), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate."11 U.S.C. § 1112(b)(1).

- "For the purposes of this subsection, the term "cause" includes- (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; (B) gross mismanagement of the estate; ( C ) failure to maintain appropriate insurance that poses a risk to the estate or to the public; (D) unauthorized use of cash collateral substantially harmful to 1 or more creditors; (E) failure to comply with an order of the court; (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; (G) failure to attend the meeting of creditors convened under section 341(a) or an examination ordered under rule 2004 of the Federal Rules of Bankruptcy Procedure without good cause shown by the debtor; (H) failure timely to provide information or attend meetings reasonably requested by the United States Trustee (or the bankruptcy administrator, if any); (I) failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief; (J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court; (K) failure to pay any fees or charges required under chapter 123 of title 28; (L) revocation of an order of confirmation under section 1144 of this title; (M) inability to effectuate substantial consummation of a confirmed plan; (N) material default by the debtor with respect to a confirmed plan; (O) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan; and (P) failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition." *11 U.S.C. § 1112(b)(4)*.

- "In a small business case . . . (2) the plan and disclosure statement (if any) shall be filed not later than 300 days after the date of the order for relief". *11 U.S.C. § 1121(e)(2)*.

- Local Bankruptcy Rule 2015-2(b) provides that timely compliance with the reasonable requirements of the Office of the United States Trustee is mandatory.

- Failure to comply with the reporting requirements of the United States Trustee and the Local Bankruptcy Rules is cause to dismiss a chapter 11 case or convert it to one under chapter 7 (11 U.S.C. § 1112(b)(1) and (b)(4)), [*In re 3868-70 White Plains Road Inc.*, 28 B.R. 515 (Bankr. S.D.N.Y. 1983); *In re Bianco,* 5 B.R. 466 (Bank. D. Mass.1980); *In re Pappas,* 17 B.R. 662 (Bankr. D. Mass. 1982)].

- The court may convert or dismiss a case where no reasonable possibility of effective reorganization exists, the debtor is unable to effectuate a plan and/or for unreasonable delay which prejudices the rights of creditors. *See, e.g., In re Johnston*, 149 Bankr 158, 161 (9th Cir. BAP 1992).

- The court may prohibit the debtor from filing another bankruptcy petition for a period of 180 days where the debtor has failed to properly prosecute the case. 11 U.S.C. §§ 105, 109(g) and 349(a).

- The United States Trustee Notices and Guides provide that payment of quarterly fees is due upon dismissal of the case. The United States Trustee requests that the court order payment as requested herein and enter a judgment pursuant to Bankruptcy Rules 9014 and 7052 if the case is dismissed.

| In Re: **SHARP FINANCIAL LLC** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER   **2:16-bk-20496 RK** |

**Based on the above facts and law, and also based upon such oral and/or documentary evidence as may be presented at the time of the hearing, the United States Trustee respectfully requests as follows.**

1.  That the Court grant the United States Trustee's motion per §1112(b)(1) and either dismiss this case, convert it to one under chapter 7 or appoint a Chapter 11 trustee if in the best interest of creditors. Based on the United States Trustee's review of the record and evidence, the United States Trustee suggests: ☒ dismissal with a 180-day bar

    Filed Schedules show no unsecured creditors. Also Business Entity Detail from California Secretary of State's Office suggests Debtor was formed approximately 90 days prior to the Debtor's Chapter 11 filing.

2.  If the case is converted to one under chapter 7, that the Court enter an order requiring debtor's counsel to file a fee application under Bankruptcy Code § 330 within thirty (30) days.

3.  If the case is dismissed, and the Court finds cause, that the court enter an order prohibiting the debtor from filing another bankruptcy petition for a period of 180 days after the date of entry of the order of dismissal.

4.  If the case is dismissed, that the Court order the debtor to pay any quarterly fees due to the United States Trustee forthwith and enter a judgment in favor of the United States Trustee for any unpaid quarterly fees.

5.  In the alternative, that the Court set dates certain for the debtor to file a disclosure statement and plan, to obtain court approval of the adequacy of information in the disclosure statement, and to obtain court confirmation of a plan of reorganization ("dates certain") and that this court order that the debtor remain in full and timely compliance with the United States Trustee requirements.

6.  If the court sets date(s) certain and/or orders that the debtor remain in full and timely compliance with the United States Trustee requirements, that the court further order that if the debtor fails to comply with any date set or to remain in full and timely compliance, that this case may be converted or dismissed without further hearing, upon application of the United States Trustee to the court, served upon debtor and debtor's counsel.

7.  That the court order such other and further relief as may be appropriate in the circumstances.


Date: August 15, 2016

PETER C. ANDERSON
UNITED STATES TRUSTEE

By _____
    Alvin Mar
    Attorney for United States Trustee

# DECLARATION OF
# PARALEGAL SPECIALIST

# DECLARATION OF
# PARALEGAL SPECIALIST

| In Re: **SHARP FINANCIAL LLC** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:16-bk-20496 RK** |

## DECLARATION OF SUPERVISORY PARALEGAL SPECIALIST

I am over the age of eighteen years and am not a party to this case. If called upon to testify I could and would do so competently. I am employed as a Legal Assistant by the Office of the United States Trustee for the Central District of California, in the Los Angeles Field Office. I am the Supervisory Paralegal Specialist **assigned** to SHARP FINANCIAL LLC, Case No. 2:16-bk-20496 RK. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge.

1. I am familiar with the procedures of the United States Trustee for maintaining paper and electronic submissions by debtors of the requirements of the United States Trustee for Chapter 11 debtors. These procedures include the routine maintenance of paper and electronic submissions by debtors in electronic files that are maintained for each Chapter 11 case in order for the United States Trustee to discharge his statutory duties. I have reviewed the files and electronic records of the United States Trustee for his case and have included the results of my review in this declaration.

2. [X] To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).

3. [X] The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides, Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:

   [X] Notice of Setting/Increasing Insider Compensation.
   [X] Application to Employ Attorney.
   [X] Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements For Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").
   [X] Real Property Questionnaire(s).
   [X] Sufficient evidence of closing of all pre-petition bank accounts including:
      [X] Closing bank statements; and/or
      [X] Bank Account Information in the Chapter 11 Compliance declaration.
   [X] Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts (general, payroll and tax)[3] including: (1) a copy of the "debtor-in-possession" check for each account.
   [X] Sufficient evidence of current insurance coverage including:
      [X] The declaration page for each policy; and/or
      [X] Insurance information in the Chapter 11 Compliance declaration.
   [X] Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.
   [X] A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.
   [X] Financial Statement information in the Chapter 11 Compliance declaration.
   [X] A projected cash flow statement for the first ninety (90) days of operation under chapter 11.
   [X] A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real property is owned.
   [X] A Statement of Major Issues and Timetable Report.

---

[3] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the United States Trustee has granted the request in writing.

| In Re: **SHARP FINANCIAL LLC** | CHAPTER 11 |
| Debtor(s) | CASE NUMBER   **2:16-bk-20496 RK** |

[X]  Provide copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns at the Initial Debtor Interview.

[X]  An Employee Benefit Plan Questionnaire

4.  [X]  Additional facts in support of the motion include:

I am familiar with a prior Chapter 11 case captioned In re Upscale Financial, LLC filed on May 17, 2016 under case number 2:16-bk-16472-RK.  A true and correct copy of the voluntary Chapter 11 petition for that case is attached hereto as Exhibit A.  *Steve* Rogers, the authorized agent of Upscale Financial, LLC executed that voluntary Chapter 11 petition on behalf of that debtor. [Emphasis added]

Upscale Financial, LLC's Chapter 11 case was dismissed with a 180 day bar to refiling by entered order dated June 15, 2016.  A true and correct copy of that entered order is attached hereto as Exhibit C.

In the instant Chapter 11 case, *Steven* Rogers, the authorized agent of Sharp Financial, LLC executed the voluntary Chapter 11 petition on behalf of the Debtor.  [Emphasis added]  The Statement of Related Cases filed in the Chapter 11 case of Sharp Financial, LLC makes no reference to any prior related bankruptcy filings.  A true and correct copy of the voluntary Chapter 11 petition, schedules and statement of financial affairs including the Statement of Related Cases filed by the Debtor on August 8, 2016 is attached hereto as Exhibit D.

I reviewed the online search facility provided by the California Secretary of State for business entities on both (1) Upscale Financial, LLC and (2) Sharp Financial, LLC.  The results of my search on August 11, 2016 are attached hereto as Exhibits D and E respectively.  They both show that the entity address for both (1) Upscale Financial, LLC and (2) Sharp Financial, LLC is 1712 Pioneer Avenue, Ste 500, in Cheyenne, Wyoming and that the entities were filed within 10 days of each other (ie: Upscale Financial, LLC was filed on May 3, 2016 and Sharp Financial, LLC was filed on May 13, 2016).  Sharp Financial, LLC's Chapter 11 case was filed approximately 90 days after its filing with the California Secretary of State's Office.

I have reviewed the Debtor's Schedule D; I noted that Debtor characterized all of its secured debt as disputed.

5.  [X]  Attached are true and correct copies of the following documents in support of the above allegations:

Exhibit A – True and correct copy of voluntary Chapter 11 petition of Upscale Financial, LLC, case number 2:16-bk-16472-RK filed on May 17, 2016.

Exhibit B – True and correct copy of voluntary Chapter 11 petition, schedules and statement of financial affairs of Sharp Financial, LLC, case number 2:16-bk-20496-RK filed on August 8, 2016.

Exhibit C – True and correct copy of Order Dismissing Chapter 11 Case with a 180 Day Bar to Refiling Another Bankruptcy Case entered in Chapter 11 case of In re Upscale Financial, LLC on June 15, 2016.

Exhibit D – True and correct copy of Business Detail obtained from California Secretary of State's office on Upscale Financial, LLC on August 11, 2016.

| In Re:  **SHARP FINANCIAL LLC** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER    **2:16-bk-20496 RK** |

Exhibit E – True and correct copy of Business Detail obtained from California Secretary of State's office on Sharp Financial, LLC on August 11, 2016.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the following date at Los Angeles, California.

Date:    August 15, 2016

Karen Polk
Supervisory Paralegal Specialist

EXHIBIT A

EXHIBIT A



FILED

MAY 1 7 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Fill in this information to identify the case:

United States Bankruptcy Court for the:

CENTRAL          District of  CALIFORNIA
                              (State)

Case number (if known): _____      Chapter  11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**             UPSCALE FINANCIAL LLC

2. **All other names debtor used in the last 8 years**             None

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**        8  1  -  2  6  3  6  3  2  1

4. **Debtor's address**

   Principal place of business

   11755 Wilshire Blvd., Suite 1250-170
   Number      Street

   Los Angeles          CA      90025
   City                State   ZIP Code

   LOS ANGELES
   County

   Mailing address, if different from principal place of business

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City                State   ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number      Street

   _____

   _____
   City                State   ZIP Code

5. **Debtor's website (URL)**     _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | UPSCALE FINANCIAL LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
    MM / DD / YYYY

    District _____ When _____ Case number _____
    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

| Debtor | UPSCALE FINANCIAL LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need **immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number          Street

_____
_____
City                    State    ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 3

| Debtor | UPSCALE FINANCIAL LLC | | Case number (if known) | |
| | Name | | | |

| 16. Estimated liabilities | ☐ $0–$50,000 | ☑ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/16/2016
             MM / DD / YYYY

✗ _[signature]_                                    Steve Rogers
Signature of authorized representative of debtor   Printed name

Title   authorized agent

**18. Signature of attorney**

✗ Debtor not represented by attorney           Date _____
Signature of attorney for debtor                      MM / DD / YYYY

Printed name _____

Firm name _____

Number      Street _____

City _____   State _____   ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

| Fill in this information to identify the case: |
| --- |
| Debtor name  UPSCALE FINANCIAL LLC |
| United States Bankruptcy Court for the:  CENTRAL      District of  CA<br>(State) |
| Case number (if known):  _____ |

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Robert Sedlar 9651 Maccool Lane Santee, CA 92071 | Robert Sedlar 619.212.1653 bobsedlar@gmail.com | Loan | | 600,000.00 | 0.00 | 0.00 |
| 2 | Richard Guriel 733 Beyer Way San Diego, CA 92154 | Rick Guriel Rick_Guriel@gmail.com | Loan | | 75,000.00 | 0.00 | 0.00 |
| 3 | Robert Burns 690 Heather Court Pacifica, CA 94044 | | Loan | | 125,000.00 | 0.00 | 0.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    UPSCALE FINANCIAL LLC
          Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Federal Home Loan Mortgage Corporation
Attn. Legal Department
8200 Jones Branch Drive
McLean, VA 22102

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Mortgage Electronic Registration Systems
1818 Library Street, Suite 300
Reston, VA 20190

Bank of America, N.A.
1800 Tapo Canyon Road
Simi Valley, CA 93063

Deutsche Bank National Trust Company
Americas, Certificates, Series 2006-QO8

U.S. Bank Trust, N.A., as Trustee
For LSF8 Master Participation Trust
300 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Christiana Trust, A Division of WSFS
Bank, as Trustee of ARLP Trust 3
210 Fox Hunt Drive
Bear, DE 19701

John Lazell
9651 Maccool Lane
Santee, CA 92071

Case 2:16-bk-20496-RK    Doc 7    Filed 08/15/16    Entered 08/15/16 16:30:07    Desc
Case 2:16-bk-16472-RK Main Document Filed 05/17/16 Page 18 of 97 red 05/17/16 09:18:16    Desc
Ntc of Case Deficient 521    Page 1 of 1

| United States Bankruptcy Court<br>Central District of California | | |
|---|---|---|
| In re:<br>UPSCALE FINANCIAL LLC | CHAPTER NO.:  11 | |
| | CASE NO.: 2:16-bk-16472 | |

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

To Debtor and Debtor's Attorney of Record,

Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.

**Summary(Form 106Sum or 206Sum)**
**Schd A/B(Form106A/B or 206A/B)**
**Schedule D (Form 106D or 206D)**
**Eq. Sec. Hold. List**
**Schd E/F(Form106E/F or 206E/F)**
**StmtFinAffairs(Form107 or 207)**
**Schedule G (Form 106G or 206G)**
**Schedule H (Form 106H or 206H)**
**Decl for Non−Indiv (Form 202)**

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005-2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s).

**IF YOU DO NOT COMPLY**, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

Dated: May 17, 2016

For the Court
**Kathleen J. Campbell**
Clerk of Court

DEF − Revised 12/2015

**1 / SMZ**

## United States Bankruptcy Court
### Central District of California

| | |
|---|---|
| In re:<br>UPSCALE FINANCIAL LLC | CHAPTER NO.:  11 |
| | CASE NO.: 2:16-bk-16472 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2.1]
☑ Corporate Ownership Statement as specified by LBR 1007-4
☑ Statement of Related Cases (LBR Form 1015-2) [Information required by LBR 1015-2]
☑ Verification of Master Mailing List of Creditors [LBR 1007-1(d)] (LBR Form F1007-1)

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash-flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed. [11 U.S.C.§1116]

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2.5(a)(2).

    Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460-9641.

Dated: <u>May 17, 2016</u>

                                        For the Court
                                        **Kathleen J. Campbell**
                                        Clerk of Court

(Form ccdn - Rev 12/2015)                                        1 / SMZ

# EXHIBIT B

# EXHIBIT B

Main Document      Page 1 of 67



FILED

AUG 08 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of  California
                              (State)

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    Sharp Financial, LLC

2. **All other names debtor used in the last 8 years**    None

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8 1 – 3 4 2 9 1 7 2

4. **Debtor's address**

   **Principal place of business**

   8939 S. Sepulveda Blvd., Suite 102
   Number     Street

   Los Angeles,          CA    90045
   City                  State  ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City                  State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City                  State  ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor    Sharp Financial, LLC
_____
          Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ — ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply.*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                      MM / DD / YYYY

         Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

19

| Debtor | Sharp Financial, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number        Street

_____

_____
City                                State        ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Sharp Financial, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/05/2016
              MM / DD / YYYY

✗ _Steve Rogers_                    Steven Rogers
Signature of authorized representative of debtor      Printed name

Title  authorized agent

**18. Signature of attorney**

✗ _Al West_                          Date  08/05/2016
Signature of attorney for debtor            MM / DD / YYYY

Al West Esq.
Printed name

WEST & ASSOCIATES
Firm name

700 N. Pacific Coast Hwy, Suite 201
Number     Street

Redondo Beach                        CA        90277
City                                 State     ZIP Code

310.374.4141                         WestandAssociates1@gmail.com
Contact phone                        Email address

134456                               CA
Bar number                           State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                 $_____

   b. Total debts (including debts listed in 2.c., below)    $ _____

   c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

   d. Number of shares of preferred stock      _____

   e. Number of shares common stock       _____

Comments, if any: _____

_____

_____

3. Brief description of debtor's business: _____

_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Los Angeles__ , Califomia

Date: __08/05/2016__

Signature of Debtor

Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re:  **SHARP FINANCIAL, LLC**

Case No. _____

**Chapter 11**

_____ / **Debtor**

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Steven Rogers is Authorized Agent of SHARP FINANCIAL, LLC. On the following resolution was duly adopted by the of this limited liability company.

"WHEREAS, it is in the best interests of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

"NOW, THEREFORE, BE IT RESOLVED, that Steven Rogers, Authorized Agent of this company, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the company; and

"BE IT FURTHER RESOLVED, that Steven Rogers, Authorized Agent of this company, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Steven Rogers, Authorized Agent of this company, be and hereby is, authorized and directed to employ AL WEST Attorney and the law firm of WEST & ASSOCIATES, to represent the corporation in said bankruptcy proceedings."

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, Steven Rogers, Authorized Agent of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information and belief.

Date 8/5/2016

Signature _Steve Rogers_

Authorized Agent:    Steven Rogers

Fill in this information to identify the case:

Debtor name  Sharp Financial, LLC

United States Bankruptcy Court for the:  Central _____ District of  CA _____
                                                                          (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ray Gutirerrez 428 Georgetown Avenue Ventura, CA 93003 | authorizedtrust@gmail.com | Contract for debt via Note & assignment | C | | | 900,000.00 |
| 2 | Marc & Michelle Griffith 6020 Heatherton Drive Somis, CA 93066 | notedresults@gmail.com | Contract for debt via Note & assignment | C | | | 600,000.00 |
| 3 | Sunil WAdhwa 747 Sturbridge Drive Folsom, CA 95630 | Sunil Wadhwa | Contract for debt via Note & assignment | C | | | 600,000.00 |
| 4 | Raj Wadhwa 1102 Penniman Dr. El Dorado Hills, CA 95762 | Raj Wadhwa | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 5 | Jane Bin Yu 1462 Michigan Avenue San Jose, CA 95002 | Jan Yu | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 6 | Angela Leung 3217 Acalanes Avenue Lafayette, CA 94549 | Angela Leung | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 7 | Greg Somerville 3416 Saint Andrews Drive Stockton, CA 95219 | Greg Sommerville | Contract for debt vi Note & assignment | C | | | 575,000.00 |
| 8 | Stella Tan 4525 Lincoln Way San Francisco, CA 94122 | Stella Tan | Contract for debt via Note & assignment | C | | | 570,00.00 |

Case 2:16-bk-20496-RK    Doc 1    Filed 08/08/16    Entered 08/08/16 10:58:55    Desc
Main Document    Page 9 of 67

Debtor    Sharp Financial, LLC                                    Case number (if known)_____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Ellen Davenport<br>5555 Thayer Lane<br>San Ramon, CA 94582 | Ellen Davenport | Contract for debt via Note & assignment | C | | | 570,000.00 |
| 10   Harold Fuhrmann<br>1953 Village Court<br>Ione, CA 95640 | Harold Fuhrmann | Contract for debt via Note & assignment | C | | | 500,00.00 |
| 11   Lorraine Moller<br>2525 Arapahoe, Suite 500<br>Boulder, Colorado 80302 | Lorraine Moller | Contract for debt via Note & assignment | C | | | 500,000.00 |
| 12   Robert Burns<br>690 Heather Court<br>Pacifica, CA 94044 | Bob Burns | Contract for debt via Note & assignment | C | | | 400,000.00 |
| 13   John Lazell<br>9651 Maccool Lane<br>Santee, CA 92071 | John Lazell | Contract for debt via Note & assignment | C | | | 175,00.00 |
| 14   Floro Anunciacion<br>9849 Peters Ranch Way<br>Elk Grove, CA | Floro Anunciacion | Contract for debt via Note & assignment | C | | | 175,000.00 |
| 15   Richard Guriel<br>733 Beyer Way<br>San Diego, CA 92154 | Rick Guriel | Contract for debt via Note & assignment | C | | | 170,000.00 |
| 16   Maritza Luz Vega<br>306 West Oak Street<br>Ojai, CA 93023 | Maritza Vega | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 17   Leslie Edwards<br>17287 W. Summerfield Road<br>Post Falls, ID 83854 | Leslie Edwards | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 18   Gerald Bardel<br>5734 Marvon Road<br>East Jordan, MI 49727 | Gerald Bardel | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 19   Steven Vaughn<br>543 East Midlake Drive<br>Draper, UT 84020 | Steven Vaughn | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 20   John Tombarelli<br>4129 South Conklin Road<br>Greenacres, WA 99016 | John Tombarelli | Contract for debt via Note & assignment | C | | | 150,00.00 |

**Fill in this information to identify the case:**

Debtor name  Sharp Financial, LLC

United States Bankruptcy Court for the:  Central                                District of  CA
                                                                                              (State)

Case number (if known):  _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................   $ _____3,300,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................   $ _____0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................................................   $ _____3,300,000.00

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.........................   $ _____13,395,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................................   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................   + $ _____0.00

4. **Total liabilities**.................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $ _____13,395,000.00

Fill in this information to identify the case:

Debtor name    Sharp Financial, LLC

United States Bankruptcy Court for the: Central    District of CA
                                                              (State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                    Current value of debtor's interest

2. **Cash on hand**                                                                                   $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. | | ___ ___ ___ ___ | $_____ |
   | 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. | $_____ |
   | 4.2. | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____ 0.00

## Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. | $_____ |
   | 7.2. | $_____ |

Case 2:16-bk-20496-RK    Doc 1    Filed 08/08/16    Entered 08/08/16 10:58:55    Desc
Main Document    Page 32 of 97

Debtor    Sharp Financial, LLC _____    Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____
8.2._____    $_____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.    $_____0.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = .......→    $_____
                          face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = .......→    $_____
                        face amount          doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____0.00

## Part 4: Investments

**13. Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method used for current value    Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:
14.1._____    _____    $_____
14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership:
15.1._____    _____%    _____    $_____
15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:
16.1._____    _____    $_____
16.2._____    _____    $_____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.    $_____0.00

Debtor    Sharp Financial, LLC _____    Case number (if known) _____
                      Name

## Part 5:    Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20.  Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21.  Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22.  Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23.  Total of Part 5
     Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24.  Is any of the property listed in Part 5 perishable?
☐ No
☐ Yes

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29.  Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30.  Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31.  Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32.  Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 3
                              30

Debtor    Sharp Financial, LLC_____    Case number (if known)_____
_____Name

33. **Total of Part 6.**                                                                    $_____0.00
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                    $_____0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor _____Sharp Financial, LLC_____     Case number (if known)_____
                        Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Sharp Financial, LLC _____    Case number (if known)_____
                 Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 747 Sturbridge Dr., Folsom, CA | Deed of Trust | $ 600,000.00 | comparable | $ 600,000.00 |
| 55.2 1102 Penniman Dr., El Dorado, C | Deed of Trust | $ 575,000.00 | comparable | $ 575,000.00 |
| 55.3 1462 Michigan Ave., San Jose, C | Deed of trust | $ 575,000.00 | comparable | $ 575,000.00 |
| 55.4 4916 St. Andrews, Stockton, CA | Deed of Trust | $ 550,000.00 | comparable | $ 550,000.00 |
| 55.5 716 Spruce Street, Boulder, CO | Deed of Trust | $ 500,000.00 | comparable | $ 500,000.00 |
| 55.6 4525 Lincoln Way, San Francisco | Deed of Trust | $ 500,000.00 | comparable | $ 500,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 3,300,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and Intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $_____ | _____ | $_____ |
| 61. Internet domain names and websites | $_____ | _____ | $_____ |
| 62. Licenses, franchises, and royalties | $_____ | _____ | $_____ |
| 63. Customer lists, mailing lists, or other compilations | $_____ | _____ | $_____ |
| 64. Other intangibles, or intellectual property | $_____ | _____ | $_____ |
| 65. Goodwill | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $ 0.00

---

33

Debtor _____ Sharp Financial, LLC _____    Case number (if known) _____
         *Name*

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

                                                                 **Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____  = → $_____
                                     Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Sharp Financial, LLC
       Name

Case number (if known)

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................... → | | $ 3,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 0.00 | + 91b. $ 3,300,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................................................    $ 3,300,000.00

Fill in this information to identify the case:

Debtor name ___Sharp Financial, LLC___

United States Bankruptcy Court for the: ___Central___ District of ___CA___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.1** Creditor's name
___OCWEN Loan Servicing___

Creditor's mailing address
P.O. Box 24738
West Palm Beach, FL 33416

Creditor's email address, if known
_____

Date debt was incurred ___2007___

Last 4 digits of account number ___3 5 3 8___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
___690 Heather Court___
Pacifica, California 94044

Describe the lien
___Deed of Trust___

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $ 685,000.00     Column B: $ 685,000.00

**2.2** Creditor's name
___Nationstar Mortgage, LLC___

Creditor's mailing address
8950 Cypress Waters Blvd.
Coppell, Texas 75019

Creditor's email address, if known
_____

Date debt was incurred ___2010___

Last 4 digits of account number ___0 0 0 0___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
___733 Beyer Way___
San Diego, California 92154

Describe the lien
___Deed of Trust___

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $ 285,000.00     Column B: $ 285,000.00

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $ 13,395,000.00

Debtor    Sharp Financial, LLC _____    Case number (if known) _____
      Name

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** **Creditor's name**

BSI Financial Services

**Creditor's mailing address**

314 South Franklin Street
Titusville, PA 16354

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

747 Sturbridge Drive    $ 910,000.00    $ 910,000.00
Folsom, CA 95630

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    2010
**Last 4 digits of account number**    2 0 6 0

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**2._** **Creditor's name**

Clear Recon Corporation

**Creditor's mailing address**

4375 Jutland Drive, Suite 200
San Diego, CA 92117

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

1102 Penniman Drive    $ 950,000.00    $ 950,000.00
El Dorado Hills, CA 95762

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    2005
**Last 4 digits of account number**    4 0 0 8

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor    Sharp Financial, LLC
_____
Name

Case number (if known) _____

| Part 1: | **Additional Page** |
|---|---|

Column A
Amount of claim
Do not deduct the value of collateral.

Column B
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

Bank of America, N.A.

Creditor's mailing address

7105 Corporate Drive
Plano, Texas 75024

Creditor's email address, if known

_____

Date debt was incurred    2007

Last 4 digits of account number    5 2 0 1

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

1462 Michigan Avenue
San Jose, California 95002

$ 975,000.00    $ 975,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**2.__** Creditor's name

JP Morgan Chase, N.A.

Creditor's mailing address

7720 North 16th Street, #300
Phoenix, Arizona 85020

Creditor's email address, if known

_____

Date debt was incurred    2006

Last 4 digits of account number    7 2 4 3

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

1622 Janelle Lane
Santa Monica, CA 93458

$ 350,000.00    $ 350,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor ___Sharp Financial, LLC_____     Case number (if known)_____
        Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**

Long Beach Mortgage Company

**Creditor's mailing address**

1400 S. Douglas Road, Suite 100
Anaheim, California 92806

**Creditor's email address, if known**

_____

Date debt was incurred ___2006___
Last 4 digits of account number ___7 9 1 3___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1772 West Longview Avenue
Stockton, California 95207     $ 450,000.00   $ 450,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__ Creditor's name**

Bank of America, N.A.

**Creditor's mailing address**

P.O. Box 15726
Wilmington, Delaware 19886

**Creditor's email address, if known**

_____

Date debt was incurred ___2006___
Last 4 digits of account number ___0 0 0 0___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1953 Village Court
Ione, California 95640     $ 550,000.00   $ 550,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Debtor    Sharp Financial, LLC
                Name                                                        Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ Creditor's name**

Flagstar Bank

**Describe debtor's property that is subject to a lien**

3217 Acalanes Avenue
Lafayette, California 94549            $ 900,000.00    $ 900,000.00

**Creditor's mailing address**

5151 Corporate Drive
Troy, Michigan 48098

**Describe the lien**
Deed of trust

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2004

**Last 4 digits of account number** 7 3 1 2

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　＿＿＿＿＿＿＿＿＿＿
　　　＿＿＿＿＿＿＿＿＿＿
　　　＿＿＿＿＿＿＿＿＿＿
　　☐ Yes. The relative priority of creditors is specified on lines ＿＿＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._ Creditor's name**

Clear Recon Corporation

**Describe debtor's property that is subject to a lien**

4525-4527 Lincoln Avenue
San Francisco, California 94122        $ 950,000.00    $ 950,000.00

**Creditor's mailing address**

4375 Jutland Drive, #200
San Diego, California 92117

**Describe the lien**
Deed of Trust

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2005

**Last 4 digits of account number** 9 8 0 0

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　＿＿＿＿＿＿＿＿＿＿
　　　＿＿＿＿＿＿＿＿＿＿
　　　＿＿＿＿＿＿＿＿＿＿
　　☐ Yes. The relative priority of creditors is specified on lines ＿＿＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Sharp Financial, LLC                                     Case number (if known) _____
           Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**    Creditor's name

Wells Fargo

Creditor's mailing address

P.O. Box 10335
Des Moines, Iowa 50306

Creditor's email address, if known

Date debt was incurred    2010

Last 4 digits of account number    2 0 1 5

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

4916 Saint Andrews Drive
Stockton, California 95219                    $   985,000.00   $   985,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.__**    Creditor's name

Caliber Home Loans

Creditor's mailing address

P.O. Box 509063
Dallas, Texas 75261

Creditor's email address, if known

Date debt was incurred    2009

Last 4 digits of account number    2 6 3 1

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

5555 Thayer Lane
San Ramon, California 94582                    $   755,000.00   $   755,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Sharp Financial, LLC
_____
Name

Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name

Federal Home Loan Mortgage Cor

Creditor's mailing address

8200 Jones Branch Drive
McLean, Virginia 22102

Creditor's email address, if known

Date debt was incurred    2007

Last 4 digits of account number    7  6  6  6

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

9651 Maccool Lane
Santee, California 92071                $    325,000.00    $    325,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.** Creditor's name

Bank of America, N.A.

Creditor's mailing address

P.O. Box 15726
Wilmington, Delaware 19886

Creditor's email address, if known

Date debt was incurred    2005

Last 4 digits of account number    3  9  2  6

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

9849 Peters Ranch Way
Elk Grove, California                $    655,000.00    $    655,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Sharp Financial, LLC
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2._** Creditor's name

Chase
_____

Creditor's mailing address

P.O. Box 183222
Columbus, Ohio 43218
_____

Creditor's email address, if known

_____

Date debt was incurred    2003

Last 4 digits of account
number    3 4 9 6

Do multiple creditors have an interest in the
same property?

☑ No
☐ Yes. Have you already specified the relative
priority?

    ☐ No. Specify each creditor, including this
       creditor, and its relative priority.
       _____
       _____
       _____

    ☐ Yes. The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is subject to a lien

716 Spruce Street
Boulder, Colorado 80302    $ 1,200,000.00    $ 1,200,000.00

Describe the lien
Deed of Trust
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**2._** Creditor's name

Nationstar Mortgage, LLC
_____

Creditor's mailing address

350 Highland Drive
Lewisville, Texas 75067
_____

Creditor's email address, if known

_____

Date debt was incurred    2005

Last 4 digits of account
number    2 0 2 9

Do multiple creditors have an interest in the
same property?

☑ No
☐ Yes. Have you already specified the relative
priority?

    ☐ No. Specify each creditor, including this
       creditor, and its relative priority.
       _____
       _____
       _____

    ☐ Yes. The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is subject to a lien

17287 West Summerfield Road
Post Falls, Idaho 83854    $ 350,000.00    $ 350,000.00

Describe the lien
Deed of Trust
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Case 2:16-bk-20496-RK    Doc 1    Filed 08/08/16    Entered 08/08/16 10:58:55    Desc
Main Document    Page 27 of 67

Debtor    Sharp Financial, LLC _____    Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ Creditor's name**

Wells Fargo Home Mortgage

**Creditor's mailing address**

P.O. Box 10335
Des Moines, Iowa 50306

**Creditor's email address, if known**

**Date debt was incurred**  2009

**Last 4 digits of account number**  7 8 9 1

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5734 Marvon Road
East Jordan, Michigan 49727    $ 175,000.00    $ 175,000.00

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._ Creditor's name**

Bank of America, N.A.

**Creditor's mailing address**

1800 Tapo Canyon Road
Simi Valley, California 93063

**Creditor's email address, if known**

**Date debt was incurred**  2007

**Last 4 digits of account number**  9 4 1 9

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

543 East Midlake Drive
Draper, Utah 84020    $ 150,000.00    $ 150,000.00

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Sharp Financial, LLC                                          Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Wells Fargo Home Mortgage

Creditor's mailing address

P.O. Box 10335
Des Moines, Iowa 50306

Creditor's email address, if known

Date debt was incurred    2006

Last 4 digits of account
number    2 3 6 7

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　　_____
　　　　_____
　　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

4129 South Conklin Road
Greenacres, Washington 99016          $ 225,000.00    $ 225,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2._** Creditor's name

Federal National Mortgage Assoc.

Creditor's mailing address

14221 Dallas Parkway, Suite 1000
Dallas, Texas 75254

Creditor's email address, if known

Date debt was incurred    2005

Last 4 digits of account
number    9 1 0 9

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　　_____
　　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

1908B Dry Creek Road
Chewela, Washington 99109          $ 225,000.00    $ 225,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Case 2:16-bk-20496-RK   Doc 6   Filed 08/08/16   Entered 08/08/16 10:58:55   Desc
Main Document   Page 29 of 67

| Debtor | Sharp Financial, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

BSI Financial

Creditor's mailing address

314 South Franklin Street
Titusville, PA 16354

Creditor's email address, if known

Date debt was incurred    2005
Last 4 digits of account
number    1 0 0 8

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

6020 Heatherton Drive
Somis, California 93066
$ 910,000.00        $ 910,000.00

Describe the lien
Deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.__** Creditor's name

OCWEN Loan Servicing

Creditor's mailing address

3451 Hammond Avenue
Waterloo, IA 50704

Creditor's email address, if known

Date debt was incurred    2006
Last 4 digits of account
number    5 0 2 7

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

4525-4527 Lincoln Avenue
San Francisco, California 94122
$ 950,000.00        $ 950,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Sharp Financial, LLC
Name

Case number (if known)_____

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Sharp Financial, LLC |
| United States Bankruptcy Court for the: | Central    District of   CA |
| | (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number  _ _ _ _ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number  _ _ _ _ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number  _ _ _ _ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor _____Sharp Financial, LLC_____   Case number (if known)_____
            Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Total claim**     **Priority amount**

2.__  **Priority creditor's name and mailing address**                                          $_____     $_____

_____

_____          As of the petition filing date, the claim is:
                                           *Check all that apply.*
_____          ☐ Contingent
                                           ☐ Unliquidated
_____          ☐ Disputed

Date or dates debt was incurred            Basis for the claim:

_____          _____

**Last 4 digits of account                  Is the claim subject to offset?
number**  __ __ __ __                        ☐ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)**

2.__  **Priority creditor's name and mailing address**                                          $_____     $_____

_____          As of the petition filing date, the claim is:
                                           *Check all that apply.*
_____          ☐ Contingent
                                           ☐ Unliquidated
_____          ☐ Disputed

_____

Date or dates debt was incurred            Basis for the claim:

_____          _____

**Last 4 digits of account                  Is the claim subject to offset?
number**  __ __ __ __                        ☐ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)**

2.__  **Priority creditor's name and mailing address**                                          $_____     $_____

_____          As of the petition filing date, the claim is:
                                           *Check all that apply.*
_____          ☐ Contingent
                                           ☐ Unliquidated
_____          ☐ Disputed

_____

Date or dates debt was incurred            Basis for the claim:

_____          _____

**Last 4 digits of account                  Is the claim subject to offset?
number**  __ __ __ __                        ☐ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)**

2.__  **Priority creditor's name and mailing address**                                          $_____     $_____

                                           As of the petition filing date, the claim is: $_____
                                           *Check all that apply.*
_____          ☐ Contingent
                                           ☐ Unliquidated
_____          ☐ Disputed

Date or dates debt was incurred            Basis for the claim:

_____          _____

**Last 4 digits of account                  Is the claim subject to offset?
number**  __ __ __ __                        ☐ No
                                             ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)**

Debtor    Sharp Financial, LLC
      Name                                            Case number *(if known)*

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    Sharp Financial, LLC _____    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     Amount of claim

**3.___**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor      Sharp Financial, LLC _____     Case number (if known)_____
                Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
    assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Sharp Financial, LLC
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name                                                                    Case number (if known)‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor ___Sharp Financial, LLC_____    Case number (if known)_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $_____ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $_____ 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $_____ 0.00 |

**Fill in this information to identify the case:**

Debtor name ___Sharp Financial, LLC___

United States Bankruptcy Court for the: ___Central___    District of ___CA___
(State)

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

Debtor    Sharp Financial, LLC _____    Case number (if known)_____
            Name

## ▊ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page ____ of ____

Fill in this information to identify the case:

Debtor name __Sharp Financial, LLC__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name / Mailing address | | Name | Check all schedules that apply |
| 2.1 _____ Street _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ Street _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ Street _____ City  State  ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Debtor   __Sharp Financial, LLC_____   Case number (if known)_____
               Name

| Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*

**Name**    **Mailing address**

*Column 2: Creditor*

**Name**    Check all schedules
that apply:

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

2.___ _____   Street _____   _____   ☐ D
                                                                 ☐ E/F
                                                                 ☐ G
              City          State       ZIP Code

Fill in this information to identify the case and this filing:

Debtor Name __Sharp Financial, LLC__

United States Bankruptcy Court for the: __Central__          District of __CA__
                                                                                    (State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/05/2016__          ✗ _Steve Rogers_____
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        __Steven Rogers_____
                                        Printed name

                                        __Authorized agent_____
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    Sharp Financial, LLC

United States Bankruptcy Court for the:    Central    District of    CA
                                                          (State)

Case number (if known):    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to    Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to    Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

| Debtor | Sharp Financial, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State     ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State     ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City            State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | | | | |
| | City            State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor   Sharp Financial, LLC
         Name

Case number (if known) _____

---

**8. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State     ZIP Code | | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |

---

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 3

Debtor     <u>Sharp Financial, LLC</u>                              Case number (if known)_____
                   Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City     State     ZIP Code | Case number | Street |
| | | City     State     ZIP Code |
| | Date of order or assignment | |

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:     Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

Debtor    Sharp Financial, LLC                                    Case number (if known)_____
         Name

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 5

Debtor    Sharp Financial, LLC
_____    Case number (if known) _____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $ _____

    **Address**

    _____
    Street

    _____
    City    State    ZIP Code

    **Relationship to debtor**

    _____

    **Who received transfer?**    _____    _____    $ _____

13.2. 

    **Address**

    _____
    Street

    _____
    City    State    ZIP Code

    **Relationship to debtor**

    _____

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____    From _____ To _____
    Street

    _____
    City    State    ZIP Code

14.2. _____    From _____ To _____
    Street

    _____
    City    State    ZIP Code

Debtor    Sharp Financial, LLC _____    Case number (if known)_____
              Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** Facility name _____ | _____ | |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | *Check all that apply:* |
| City        State        ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** Facility name _____ | _____ | |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | *Check all that apply:* |
| City        State        ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

       Name of plan                                 Employer identification number of the plan

       _____      EIN: __ __ – __ __ __ __ __ __ __

       Has the plan been terminated?

       ☐ No

       ☐ Yes

Debtor  __Sharp Financial, LLC_____    Case number (if known)_____
Name

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Name / Street / City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. Name / Street / City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | Address | m | ☐ No ☐ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

---

Case 2:16-bk-20496-RK    Doc 1    Filed 08/08/16    Entered 08/08/16 10:58:55    Desc
Main Document    Page 51 of 67

Debtor    Sharp Financial, LLC _____    Case number (if known)_____
          Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City        State        ZIP Code | | | |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| Case number | Street _____ | _____ | ☐ On appeal |
| _____ | | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| | | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

Debtor    Sharp Financial, LLC _____    Case number (if known)_____
         Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____    To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____    To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____    To _____ |

Case 2:16-bk-20496-RK    Doc 5    Filed 08/08/16    Entered 08/08/16 10:58:55    Desc
Main Document    Page 53 of 67

Debtor    <u>Sharp Financial, LLC</u>    Case number (if known) _____
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

**Name and address**                                    **Dates of service**

26a.1.  _____                From _____  To _____
        Name

        _____
        Street

        _____
        City                State        ZIP Code

**Name and address**                                    **Dates of service**

26a.2.  _____                From _____  To _____
        Name

        _____
        Street

        _____
        City                State        ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

**Name and address**                                    **Dates of service**

26b.1.  _____                From _____  To _____
        Name

        _____
        Street

        _____
        City                State        ZIP Code

**Name and address**                                    **Dates of service**

26b.2.  _____                From _____  To _____
        Name

        _____
        Street

        _____
        City                State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.1.  _____                _____
        Name
                                                        _____
        _____
        Street                                          _____

        _____
        City                State        ZIP Code

Debtor      Sharp Financial, LLC_____        Case number (if known)_____
              Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
| | Street _____ | _____ |
| | _____ | _____ |
| | City _____ State ____ ZIP Code ____ | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

26d.1.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

Name and address

26d.2.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 12

Debtor   __Sharp Financial, LLC_____     Case number (if known)_____
        Name

| Name of the person who supervised the taking of the Inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of Inventory records | | |

27.2. _____
     Name

     _____
     Street

     _____
     City            State    ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of Interest, if any |
|---|---|---|---|
| Steven Rogers | 5173 Waring Rd #117, San Diego, CA | Managing Member | 90% |
| Audrey Gann | 9651 Maccool Lane, Santee, CA 9207 | Secretary | 10% |
| | | | |
| | | | |
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| _____ | | | |
| Street | | _____ | |
| _____ | | _____ | |
| City   State   ZIP Code | | | |
| Relationship to debtor | | _____ | |

Debtor    <u>Sharp Financial, LLC</u>    Case number (if known) _____
Name

---

|  | Name and address of recipient | | | |
| 30.2 | Name | | | |
|  | Street | | | |
|  | City          State          ZIP Code | | | |
|  | Relationship to debtor | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | EIN: __ __ − __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | EIN: __ __ − __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>08/05/2016</u>
MM / DD / YYYY

✗ *Steven Rogers*                    Printed name  <u>Steven Rogers</u>
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  <u>authorized agent</u>

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

---

CSD 2030 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Sharp Financial, LLC
8939 Sepulveda Blvd., Suite 102
Los Angeles, CA 90045

### UNITED STATES BANKRUPTCY COURT
#### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Sharp Financial, LLC

BANKRUPTCY NO.

Debtor.

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

2.  The source of the compensation paid to me was:

    ☐ Debtor                 ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                 ☐ Other (specify)

    Sharp Financial, LLC

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

CSD 2030
[Continued on Page 2]

CSD 2030 (Page 2) [12/01/15]

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: 08/05/2016

Al West            _____
(Typed Name and Signature)

Law Offices: "West and Associates"   _____
(Name of Law Firm)

CSD 2030

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sharp Financial, LLC<br>8939 S. Sepulveda Blvd., Suite 102<br>Los Angeles, California 90045<br><br>Al West, Esq. Sbn 134456<br>700 N. Pacific Coast Hwy, Suite 201<br>Redondo Beach, CA 90277<br>Tel. 310.374.4141 ... Fax 310.372.4137<br>WestandAssociates1@gmail.com | |
| ☒ *Attorney for:* Law Offices: West & Associates | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Sharp Financial, LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* ___Steven Rogers_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**
76

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 08/05/2016

By: _Steve Rogers_____
Signature of Debtor or attorney for Debtor

Name: Steven Rogers_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

77

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sharp Financial, LLC<br>8939 S. Sepulveda Blvd., Suite 102<br>Los Angeles, California 90045<br><br>Al West, Esq. Sbn 134456<br>700 N. Pacific Coast Hwy, Suite 201<br>Redondo Beach, CA 90277<br>Tel. 310.374.4141 ... Fax 310.372.4137<br>WestandAssociates1@gmail.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| SHARP FINANCIAL, LLC<br><br><br><br><br>Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __08/05/2016__

_Signature of Debtor 1_

Date: _____

_Signature of Debtor 2 (joint debtor) (if applicable)_

Date: __8/5/16__

_Signature of Attorney for Debtor (if applicable)_

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                    F 1007-1.MAILING.LIST.VERIFICATION

78

# Master Creditor Mailing List

Federal Home Loan Mortgage Corporation
Attn. Legal Department
8200 Jones Branch Drive
McLean, VA 22102

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Mortgage Electronic Registration Systems
1818 Library Street, Suite 300
Reston, VA 20190

Bank of America, N.A.
1800 Tapo Canyon Road
Simi Valley, CA 93063

BSI Financial
314 S. Franklin Street
Titusville, PA 16354

OCWEN Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50704

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92117

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Federal National Mortgage Association
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254

Chase
P.O. Box 183222
Columbus, OH 43218

Caliber Home Loans
P.O. Box 509063
Dallas, TX 75261

Flagstar Bank
5151 Corporate Drive
Troy, Michigan 48098

Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117

Long Beach Mortgage Company
1400 S. Douglas Road, Suite 100
Anaheim, CA 92806

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024

JP Morgan Chase, N.A.
7720 North 16th Street, #300
Phoenix, AZ 85020

OCWEN Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

Ray Gutierrez
428 Georgetown Avenue
Ventura, CA 93003

Marc & Michelle Griffith
6020 Heatherton Drive
Somis, CA 93066

Sunil Wadhwa
747 Sturbridge Drive
Folsom, CA 95630

Raj Wadhwa
1102 Penniman Drive
El Dorado Hills, CA 95762

Jane Bin Yu
1462 Michigan Avenue
San Jose, CA 95002

Angela Leung
3217 Acalanes Avenue
Lafayette, CA 94549

E. Greg Somerville
4916 Saint Andrews Drive
Stockton, CA 95219

Stella Tan
4525-4527 Lincoln Way
San Francisco, CA 94122

Ellen Davenport
5555 Thayer Lane
San Ramon, CA 94582

Harold Fuhrmann
1953 Village Court
Ione, CA 95640

Lorraine Moller
2525 Arapahoe, Suite 500
Boulder, CO 80302

Robert Burns
690 Heather Court
Pacifica, CA 94044

John Lazell
9651 Maccool Lane
Santee, CA 92071

Floro Anunciacion
9849 Peters Ranch Way
Elk Grove, CA 95757

Richard Guriel
733 Beyer Way
San Diego, CA 92154

Maritza Luz Vega
306 West Oak Street
Ojai, CA 93023

Leslie Edwards
17287 W. Summerfield Road
Post Falls, ID 83854

Gerald & Bardel Belford
5734 Marvon Road
East Jordan, MI 49727

Steven Vaughn
543 East Midlake Drive
Draper, UT 84020

John Tombarelli
4129 S. Conklin Road
Greenacres, WA 99016

Robert Borbonus
2015 Cedar Street
Ramona, CA 92065

Frankie Cheung
1765 Valdez Way
Fremont, CA 94539

Simon Ho
185 Linden Avenue
San Bruno, CA 94066

Timothy Johnston
1622 Janelle Lane
Santa Maria, CA 93458

Poeu Moung
9092 Chianti Circle
Stockton, CA 95212

Robert Roberts
44300 Lighthouse Road
Point Arena, CA 95468

# List of Equity Security Holders

SHARP FINANCIAL LLC,
has no Equity Security Holders to list

# EXHIBIT C

# EXHIBIT C

1
2
3
4
5
6
7

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
ALVIN MAR, State Bar No. 151482
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd, Ste 1850
Los Angeles, California 90017-3560
(213) 894-4219 telephone
(213) 894-2603 facsimile
Email: alvin.mar@usdoj.gov

```
┌─────────────────────────────┐
│      FILED & ENTERED        │
│  ┌───────────────────────┐  │
│  │     JUN 15 2016        │  │
│  └───────────────────────┘  │
│  CLERK U.S. BANKRUPTCY COURT │
│  Central District of California │
│  BY bakchell  DEPUTY CLERK   │
└─────────────────────────────┘
```

8
9
10
11

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

12
13
14
15
16
17
18

In re:

**UPSCALE FINANCIAL, LLC,**

       Debtor,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:16-bk-16472-RK

Chapter 11

**ORDER DISMISSING CHAPTER 11
CASE WITH A 180 BAR TO REFILING
ANOTHER BANKRUPTCY CASE**

DATE: JUNE 15, 2016
TIME:  11:30 A.M.
CTRM: 1675

19
20
21
22
23
24
25

    The hearing on the United States Trustee's 'Notice of Motion and Motion Under 11 U.S.C. §1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon', ('Motion'), was heard at the above date and time.  Alvin Mar, Trial Attorney appeared on behalf of movant, United States Trustee.  No appearances were made by or on behalf of the Debtor.  The Court, having consider the Motion and finding no filed opposition to the request for relief set forth in the Motion, and finding cause as set forth on the record,

26
27
28

    IT IS HEREBY ORDERED that the Debtor's Chapter 11 case be DISMISSED for cause under 11 U.S.C. §1112(b)(1) with an attendant bar prohibiting Debtor from refiling another

1

1    bankruptcy petition under any chapter of the Bankruptcy Code for 180 days from the date of entry

2    of this Order.

3       AND IT IS HEREBY ORDERED that the Office of the United States Trustee be granted a

4    judgment in the amount of $325.00 for unpaid Second Quarter 2016 United States Trustee

5    quarterly fees.

6       IT IS SO ORDERED.

7                          # # #

Date: June 15, 2016

                          Robert Kwan
                          United States Bankruptcy Judge

2

# EXHIBIT D

# EXHIBIT D

☒ Secretary of State banner

| Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
- E-File Statements of
  Information for
  Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information
 (annual/biennial reports)

Filing Tips

Information Requests
 (certificates, copies &
 status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, August 09, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | UPSCALE FINANCIAL LLC |
| Entity Number: | 201612410455 |
| Date Filed: | 05/03/2016 |
| Status: | ACTIVE |
| Jurisdiction: | WYOMING |
| Entity Address: | 1712 PIONEER AVE STE 500 |
| Entity City, State, Zip: | CHEYENNE WY 82001 |
| Agent for Service of Process: | INCORP SERVICES, INC. (C2294569) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2016   California Secretary of State

87

# EXHIBIT E

# EXHIBIT E

Business Search - Business Entities - Business Programs    Page 1 of 1

Secretary of State banner

| Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
 - **E-File Statements of Information for Corporations**
 - **Business Search**
 - **Processing Times**
 - **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
 - **Business Resources**
 - **Tax Information**
 - **Starting A Business**

Customer Alerts
 - **Business Identity Theft**
 - **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, August 09, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | SHARP FINANCIAL LLC |
| Entity Number: | 201613710096 |
| Date Filed: | 05/13/2016 |
| Status: | ACTIVE |
| Jurisdiction: | WYOMING |
| Entity Address: | 1712 PIONEER AVE STE 500 |
| Entity City, State, Zip: | CHEYENNE WY 82001 |
| Agent for Service of Process: | INCORP SERVICES, INC. (C2294569) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

\* Indicates the information is not contained in the California Secretary of State's database.

**\* Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2016    California Secretary of State

88

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Boulevard, Ste 1850, Los Angeles, CA  90017**

A true and correct copy of the foregoing document entitled (*specify*):

NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. §1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) 08/15/2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:  On 08/15/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 08/15/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/15/2016 | Helen Cruz | *(signature)* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Alvin Mar | Atty for U.S. Trustee | alvin.mar@usdoj.gov |
| United States Trustee | United States Trustee | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2.  **SERVED BY U.S. MAIL**

Debtor:
Sharp Financial LLC
8939 S. Sepulveda Blvd., Ste 102
Los Angeles, CA  90045

Debtor's Counsel:
Al West
West & Associates
700 N. Pacific Coast Highway, Ste 201
Redondo Beach, CA  90277

3.  **SERVED BY (state method for each person served):**

**BY PERSONAL DELIVERY**

Judge's Copy
The Honorable Robert Kwan
U.S. Bankruptcy Court
255 E. Temple Street, 16TH floor
Judge's Bin
Los Angeles, CA  90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

FROM:    **OFFICE OF THE UNITED STATES TRUSTEE**

DATE:    Aug **15, 2016**

TO:      **BANS - BANKRUPTCY NOTICING CENTER**

SUBJECT: NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. §1112(b)

## PART I

Please notice the subject motion for the following Chapter 11

case:

CASE NUMBER:    **2:16-bk-20496-RK**

CASE NAME:      **SHARP FINANCIAL LLC**

DATE PETITION FILED: 8/08/2016    HEARING DATE:  9/14/2016

TIME: **11:30 A.M.**

COURTROOM: "**1675**" **255 East Temple Street, Los Angeles**

CONTACT AT U.S. TRUSTEE'S OFFICE: **Alvin Mar**
                                  **Trial Attorney**

     For Conversion or Dismissal Only

Does the conversion or dismissal involve a joint petition
wherein one party (husband or wife) has been converted or
dismissed?
                    {  } Yes            {x} No
If yes, explain:

PREPARED BY: Helen Cruz

_____

**PART II**   (To be completed by BANS)
Data Entry Operator_____ Date Entered

Comments:

_____