# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Sharp Financial, LLC              Atty Name (if applicable): n/a

Street Address: 8939 South Sepulveda Blvd., #102    CA Bar No. (if applicable): n/a

Los Angeles, CA 90045              Atty Fax No. (if applicable): n/a

Filer's Telephone No.: _____

In re: Sharp Financial, LLC

Case No.: 2:16-bk-20496-RK

Chapter 7 __X__  11 _____  13 _____

# AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes __X__    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _X_  B ___  C ___  D _x_  E ___  F ___  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) _____    Statement of Financial Affairs _____

Statement of Intention _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Steven Rogers _____, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 09/01/2016

_[signature]_
*Debtor Signature*
Steven Rogers, authorized agent

_____
*Co-Debtor Signature*

** FOR COURT USE ONLY **

FILED
SEP 02 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*SEE REVERSE SIDE**

B-1008 Revised November 2011                                B-1008

**Fill in this information to identify the case**

Debtor name     **Sharp Financial, LLC**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number (if known)    **2:16-bk-20496-RK**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor        **Current value of debtor's interest**

2. Cash on hand

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
   |---|---|---|

4. Other cash equivalents    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$0.00**

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| Debtor | **Sharp Financial, LLC** | Case number (if known) | 2:16-bk-20496-RK |
|---|---|---|---|
| | Name | | |

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | Deposits, including security deposits and utility deposits | |
| | Description, including name of holder of deposit | |
| 8. | Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent | |
| | Description, including name of holder of prepayment | |
| 9. | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | $0.00 |

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

   ☒ No. Go to Part 4.
   ☐ Yes. Fill in the information below.

11. Accounts receivable

Current value of debtor's interest

11a. 90 days old or less:  $0.00 (face amount) − $0.00 (doubtful or uncollectible accounts) = → $0.00

11b. Over 90 days old:  $0.00 (face amount) − $0.00 (doubtful or uncollectible accounts) = → $0.00

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $0.00

## Part 4: Investments

13. Does the debtor own any investments?

   ☒ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. Mutual funds or publicly traded stocks not included in Part 1 | | |
| Name of fund or stock: | | |
| 15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture | | |
| Name of entity:                % of ownership: | | |
| 16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1 | | |
| Describe: | | |
| 17. **Total of Part 4** Add lines 14 through 16. Copy the total to line 83. | | $0.00 |

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

   ☒ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

Debtor    **Sharp Financial, LLC**    Case number (if known) __2:16-bk-20496-RK__
_____ Name _____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                  $0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                  $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____    Valuation method _____    Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

Debtor     **Sharp Financial, LLC**                                   Case number (if known) __2:16-bk-20496-RK__
           Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

39. Office furniture
40. Office fixtures
41. Office equipment, including all computer equipment and communication systems equipment and software
42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                            $0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles
48. Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels
49. Aircraft and accessories
50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. **Total of Part 8.**                                                                                            $0.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

Debtor   **Sharp Financial, LLC**                                    Case number (if known) __2:16-bk-20496-RK__
         Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 55.1. 9271 Nan Street, Pico Rivera, CA 90660<br>9271 Nan Street, Pico Rivera, CA 90660 | fee simple | $490,000.00 | | $300,000.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$300,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets
61. Internet domain names and websites
62. Licenses, franchises, and royalties
63. Customer lists, mailing lists, or other compilations
64. Other intangibles, or intellectual property
65. Goodwill

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

| Debtor | **Sharp Financial, LLC** | Case number (if known) | **2:16-bk-20496-RK** |
|---|---|---|---|
| | Name | | |

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☒ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                             $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Debtor **Sharp Financial, LLC**　　　　　　　　　　　Case number (if known) **2:16-bk-20496-RK**
　　　　Name

## Part 12: Summary

In **Part 12** copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ➔ | | $300,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $0.00 | + 91b. $300,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................. $300,000.00

**Fill in this information to identify the case:**

Debtor name: __Sharp Financial, LLC__

United States Bankruptcy Court for the: __CENTRAL DIST. OF CALIFORNIA__

Case number (if known): __2:16-bk-20496-RK__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name: **OCWEN LOAN SERVICING, LLC**

Creditor's mailing address: **P.O. BOX 6440**

Carol Stream    IL    60197-4144

Creditor's email address, if known: ____

Date debt was incurred: __08/05/2009__

Last 4 digits of account number: __5__ __7__ __5__ __7__

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien: **Residential property**

Describe the lien: **First Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$490,000.00**    Column B: **$300,000.00**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$490,000.00**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1

| Attorney or Party name, Address, Telephone and Fax Numbers, and California State Bar No. & Email Address<br><br>Sharp Financial, LLC<br>8939 South Sepulveda Blvd., #102<br>Los Angeles, CA  90045<br><br>☐  Debtor(s) appearing without attorney<br>☑  Attorney for Debtor | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA  LOS ANGELES DIVISION** ||
| In re:<br><br>Sharp Financial, LLC<br><br><br><br><br><br><br>Debtor(s) | CASE NO: **2:16-bk-20496-RK**<br><br>Chapter **7**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS [LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __08/31/2016__

_Steve Rogers_ (signature)
Steven Rogers, authorized agent

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                 F 1007-1.MAILING.LIST.VERIFICATION

```
OCWEN LOAN SERVICING, LLC
P.O. BOX  6440
Carol Stream, IL 60197-4144



Western Progressive LLC
2002 Summit Avenue, #600
Atlanta, GA  30319
```